# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BRIAN KNUTSON, and HEATHER BENDLER, ) | |
| ) | Case No.: 18 cv 1804 |
| Plaintiff, ) | |
| v. ) | Honorable Judge Marvin E. Aspen |
| ) | |
| VILLAGE OF LAKEMOOR, ) | |
| a Municipal Corporation, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

TO:   All Counsel of Record

On **June 7, 2018, at 10:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before **Honorable Judge Marvin E. Aspen** or any Judge sitting in his stead, in **Room 2568** at the U.S. District Courthouse, Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, Illinois and shall then and there move the court in accordance with the attached *DEFENDANT'S MOTION TO DISMISS PLAINTIFFS CLASS ACTION COMPLAINT.*

                                        Respectfully submitted,

                                   By:  s/Dominick L. Lanzito
                                        One of the Attorneys for Defendant

Dominick L. Lanzito
Peterson, Johnson & Murray Chicago
200 West Adams, Suite 2125
Chicago, IL. 60606
(312) 782-7150
dlanzito@pjmchicago.com

## PROOF OF SERVICE

I, Dominick L. Lanzito, after first being duly sworn on oath, depose and state that I served this Notice of Motion together with the documents herein referred to the above-named attorney(s) pursuant to ECF and shall comply with L.R.5.5 as to any party who is not a Filing User or represented by a Filing User on May 15, 2018.

                                        s/Dominick L. Lanzito