IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| BRIAN KNUTSON, HEATHER BENDL, THOMAS DAVIS, KEVIN KENNEDY, STEPHANIE WARNER and ROBERT KUJAWA individually and on behalf of all others similarly situated, Plaintiffs, | No. 18-cv-1804 Judge Marvin Aspen Magistrate Jeffery Cole |
| VILLAGE OF LAKEMOOR, a Municipal Corporation, Defendant. | Jury Demanded |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, Brian Knutson, Heather Bendl, Thomas Davis, Kevin Kennedy, Stephanie Warner and Robert Kujawa (collectively "Plaintiffs"), by and through their undersigned attorneys, and hereby appeal to the United States Court of Appeals for the Seventh Circuit from an order entered on December 4, 2018 granting Defendant, Village of Lakemoors' Motion to Dismiss, and from a final and appealable Judgment entered in favor of the Defendant, Village of Lakemoor, against the Plaintiffs, Brian Knutson, Heather Bendl, Thomas Davis, Kevin Kennedy, Stephanie Warner and Robert Kujawa, on December 4, 2018.

/s/ Mark D. Roth
Mark D. Roth
Attorney for Plaintiffs/Appellants

1

Mark D. Roth
Roth Fioretti, LLC
311 South Wacker Drive, Suite 2470
Chicago, Illinois 60606
PH: (312) 922-6262
FX: (312) 922-7747
mark@rothfioreti.com
Counsel for Plaintiff

James Joseph Eccleston
Eccleston Law LLC
55 W Monroe St, Suite 610
Chicago, IL 60603
PH: (312) 332-0000
jeccleston@ecclestonlaw.com
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned attorneys certify that they caused a true and correct copy of the foregoing instrument to be served upon the parties of record, as shown below, via the Court's CM/ECF filing system on the 27th day of December 2018.

Dominick L Lanzito
Peterson Johnson & Murray - Chicago LLC
200 West Adams Street
Suite 2125
Chicago, IL 60606
312 724-8024
Email: dlanzito@pjmchicago.com

Kevin Mark Casey
Peterson, Johnson & Murray Chicago LLC
200 West Adams Street
Suite 2125
Chicago, IL 60606
(312)724-8032
Email: kcasey@pjmchicago.com

Paul A O'Grady
Peterson Johnson and Murray Chicago LLC
200 West Adams Street
Suite 2125
Chicago, IL 60606
312 782-7150
Email: pogrady@pjmchicago.com

Shantel Iris Perez
Peterson, Johnson & Murray-chicago, Llc
200 West Adams
Suite 2125
Chicago, IL 60606
(312) 724-8024
Email: sperez@pjmchicago.com

/s/ Mark D. Roth
Mark D. Roth

Mark D. Roth
Roth Fioretti, LLC
311 South Wacker Drive,
Suite 2470
Chicago, Illinois 60606
PH: (312) 922-6262
FX: (312) 922-7747
mark@rothfioreti.com
Counsel for Plaintiffs

/s/ James Joseph Eccleston
James Joseph Eccleston

James Joseph Eccleston
Eccleston Law LLC
55 W Monroe St, Suite 610
Chicago, IL 60603
PH: (312) 332-0000
jeccleston@ecclestonlaw.com
Counsel for Plaintiffs